(124 So. 249)

**Fred HENDERSON v. STATE.** (I Div. 880.)

Court of Appeals of Alabama. April 30, 1929.

Rehearing Denied June 25, 1929.

Frank G. Horne, of Atmore, and Inge, Stallworth & Inge, of Mobile, for appellant.

Charlie C. McCall, Atty. Gen., and J. W. Brassell, Asst. Atty. Gen., for the State.

RICE, J. This is a companion case to Rob Parker v. State (1 Div. 879) 124 So. 249,[1] and is based on similar facts. Upon the authority of the opinion in the Rob Parker Case, just cited, the order here appealed from is affirmed.

Affirmed.

